IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| FLOYD MASSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20cv971–HEH |
| ) | |
| DYLAN BISHAW, ) | |
| and ) | |
| NEW PRIME, INC., ) | |
| ) | |
| Defendants. ) | |

## FINAL ORDER

THIS MATTER is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 13). It appearing all matters of controversy have been resolved, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: July 19, 2021
Richmond, VA